**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JUAN IBARRA,<br><br>        Plaintiff,<br>  v.<br><br>GENERAL MOTORS, LLC, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 11-00990 LB<br><br>**ORDER VACATING INITIAL CMC AND DIRECTING PLAINTIFF TO FILE DISMISSAL** |

On April 18, 2011, Plaintiff Juan Ibarra filed a notice of settlement. ECF No. 8. In light of this development, the court **VACATES** all pending calendar dates and **ORDERS** the plaintiff to file a dismissal of this case by June 9, 2011.

**IT IS SO ORDERED.**

Dated: April 21, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER VACATING INITIAL CMC
C 11-00990 LB